ORDER:
Motion granted. The Initial Case Mgt Conference is continued to December 30, 2013 at 10:30 a.m.

*E. Clifton Knowles*

U.S. Magistrate Judge

THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 3:13–cv-00494 |
| ) | SENIOR JUDGE JOHN T. NIXON |
| JEFFREY K. MOORE, ) | Magistrate Judge Clifton E. Knowles |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Comes now the Plaintiff, by and through the United States Attorney for the Middle District of Tennessee, and respectfully requests that the initial case management conference in this action currently set for November 25, 2013, be rescheduled for a date on or after December 16, 2013.

This is a suit filed by the United States on May 23, 2013, to collect on medical student loan debt owed by the Defendant. The initial case management conference was set for July 22, 2013. The date, by order of this Court, was moved to September 17, 2013, then to October 29, 2013 and finally to November 25, 2013.

The United States Department of Health and Human Services is preparing a litigation report in response to Defendant's letter to that agency requesting administrative relief from the debt. The attorney preparing the report has requested a continuance to a date on or after December 16, 2013 in order to prepare the report.

Accordingly, the Plaintiff respectfully moves that the initial case management conference be set for a date on or after December 16, 2013, allowing time for the Department of Health and Human Services to prepare a litigation report.