ORDER:
Motion granted.  The Initial Case Mgt Conference is continued to January 13, 2014, at 10:30 a.m.

*E. Clifton Knowles*

U.S. Magistrate Judge

THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V | ) | Civil Action No. 3:13-cv-00494 |
| | ) | SENIOR JUDGE JOHN T. NIXON |
| | ) | Magistrate Judge Clifton E. Knowles |
| JEFFREY K. MOORE | ) | |
| | ) | |
| Defendant | ) | |

## DEFENDANT'S MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

Comes now the Defendant, by and through counsel and respectfully requests that the initial case management conference in this action currently set for December 30, 2013, be rescheduled for a date on or after January 10, 2014.

This is a suit filed by the United States on May 23, 2013 to collect on a disputed medical student loan.

The initial case management conference was set for July 22, 2013. The date by order of this court was moved to September 17, 2013, then to October 29, 2013, then to November 25, 2013 and finally to December 30, 2013.

Defense counsel is unable to attend court on December 30th 2013, as she will be out of town until the New Year.